Gerald W. MEAD, Relator,

v.

BRADLEY–JOHNSON TILING COMPA-
NY and Farm Bureau Mutual Insur-
ance Company, Respondent.

No. C0–98–132.

Supreme Court of Minnesota.

March 26, 1998.

DeAnne M. McCashin, Wojtalewicz, Hoh-
man & Schoep, Chartered, Alexandria, for
relator.

George W. Kuehner, Jardinr, Logan &
O'Brien, P.L.L.P., St. Paul, for respondents.

ORDER

Based upon all the files, records and pro-
ceedings herein,

IT IS HEREBY ORDERED that the deci-
sion of the Workers' Compensation Court of
Appeals, filed December 23, 1997, be, and the
same is, affirmed without opinion. *See*
Minnesota Rules of Civil Appellate Proce-
dure 136.01, subdivision 1(b).

BY THE COURT:

/s/ <u>Paul H. Anderson</u>
Paul H. Anderson
Associate Justice